UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* **

| | |
|---|---|
| CHRISTOPHER RAY LEGARZA, | ) |
| | ) CASE NO.: 3:15-CV-00567-RCJ-VPC |
| Plaintiff, | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #17) entered on August 10, 2016, in which the Magistrate Judge recommends the Court grant Plaintiff's Motion for Judgment on the Pleadings and Remand (ECF #13) and deny the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF #15).  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #17).

IT IS HEREBY ORDERED that Plaintiff's Motion for Judgment on the Pleadings and Remand (ECF #13) is GRANTED.

IT IS FURTHER ORDERED that the Acting Commissioner's Cross-Motion to Affirm the Commissioner's Decision (ECF #15) is DENIED.

IT IS FURTHER ORDERED that The Clerk shall enter judgment accordingly and close this case.

IT IS SO ORDERED this 22nd day of September, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE