DANIEL G. BOGDEN
United States Attorney
District of Nevada
JEAN M. TURK CSBN 131517
Special Assistant United States Attorney
160 Spear Street Suite 800
San Francisco, California 94105
Telephone: (415) 977-8935
Facsimile: (415) 744-0134

Email: jean.turkk@ssa.gov
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER RAY LEGARZA,<br><br>　　　Plaintiff,<br><br>　　　　v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>　　　Defendant. | No. 3:15-CV-00567 RCJ VPC<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d),** |

Plaintiff, CHRISTOPHER RAY LEGARZA ("Plaintiff") and defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, HEREBY STIPULATE AND AGREE, through their attorneys, Daniel S. Jones acting on behalf of the Law Office of Binder and Binder, P.C. attorneys for Plaintiff, and Jean M. Turk, Special Assistant United States Attorney, attorney for defendant, subject to the approval of the Court, that Plaintiff be awarded attorney fees and costs in the amount of THREE THOUSAND NINE HUNDRED DOLLARS AND NO CENTS ($3,900.00), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED DOLLARS AND NO CENTS.  This amount represents compensation

-1-

for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's counsel, Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or counsel including counsel's firm may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of counsel and/or counsel's firm to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: September 30, 2016                    Respectfully submitted,

                                    BY:     */s/ Daniel S. Jones*
                                            DANIEL S. JONES of the
                                            Law Firm of Binder and Binder, P.C.
                                            Attorney for Plaintiff
                                            Email Authorization Given on Sept. 29, 2016

DANIEL G. BOGDEN
United States Attorney

*/s/ Jean M. Turk*
 JEAN M. TURK
Special Assistant United States
Attorney for Defendant

DANIEL G. BOGDEN
United States Attorney
District of Nevada
JEAN M. TURK CSBN 131517
Special Assistant United States Attorney
160 Spear Street Suite 800
San Francisco, California 94105
Telephone: (415) 977-8935
Facsimile: (415) 744-0134

Email: jean.turkk@ssa.gov
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER RAY LEGARZA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　Defendant. | No. CV 3:15-CV-00567 RCJ VPC<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS, PURSUANT TO 28 U.S.C. § 2412(d) |

　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $ 3,900.00 and costs of $400.00 as authorized by 28 U.S.C. § 2412,  be awarded subject to the terms of the Stipulation.

DATED: 6th day of December, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. VALERIE P. COOKE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-